RICHARD J. NEY (State Bar No. 128688)
rney@chadbourne.com
SUSAN M. ST. DENIS (State Bar No. 149636)
sst.denis@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 892-1000
Facsimile: (213) 622-9865

Attorneys for Plaintiffs,
PowerDsine, Inc. and PowerDsine, Ltd.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| POWERDSINE, INC., et al., | Case No. SACV08-00137 DOC (RNBx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING DISMISSAL** |
| v. | |
| BROADCOM CORPORATION, | |
| Defendants. | |

# ORDER

Whereas the Parties have resolved their dispute to their mutual satisfaction and stipulated to dismiss the Complaint, the Complaint is hereby dismissed with prejudice and each party is directed to bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: June 17, 2008

_____
DAVID O. CARTER
United States District Judge